## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01320-EWN-PAC

BENJAMIN ESTES, and
RHONDA ESTES,

        Plaintiffs,

v.

UNIVERSAL FIDELITY, LP, a Texas limited partnership,

        Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

Dated: August 14, 2006

        BY THE COURT:

        s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge